# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 12, 2012

Robert P. Young, Jr.,
Chief Justice

143563 & (17)

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

IN RE EXECUTIVE MESSAGE OF THE
GOVERNOR

(BROWN et al. v RICHARD D. SNYDER,      SC: 143563
GOVERNOR, and ANDREW DILLON,
TREASURER)

_____/

      The Executive Message of the Governor pursuant to MCR 7.305(A) was received on August 12, 2011, requesting that this Court direct the Ingham Circuit Court to certify certain questions for immediate determination by this Court. On order of the Court, the motion for leave to file brief amicus curiae by American Federation of State, County & Municipal Employees, AFL-CIO is GRANTED. The Executive Message of the Governor is considered, and the Court respectfully DECLINES the request for certification as moot.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the
foregoing is a true and complete copy of the order entered at the direction of the Court.

December 12, 2012

_____
Clerk

t1205